ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Balfour Beatty/McCarthy, A Joint Venture ) | ASBCA Nos. 61621, 61786 |
| ) | |
| Under Contract No. W9126G-10-C-0087 ) | |

APPEARANCES FOR THE APPELLANT:
Eric L. Nelson, Esq.
Harry Z. Rippon III, Esq.
  Smith, Currie and Hancock LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:
Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Dawn-Carole Harris, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The disputes underlying these appeals were successfully resolved through a Board-assisted mediation. The parties' joint motion of August 28, 2019 is granted, and these appeals are dismissed with prejudice.

Dated: September 4, 2019

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61621, 61786, Appeals of Balfour Beatty/McCarthy, A Joint Venture, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals